UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 118 N. 32nd Avenue, Longport, NJ 08403

Address of Defendant: 1400 N. Providence Road, Media, PA 19063

Place of Accident, Incident or Transaction: 4200 block of Magee St., Philadelphia, PA
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes☐  No☒

Does this case involve multidistrict litigation possibilities?    Yes☐  No☒
*RELATED CASE, IF ANY:*
Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐  No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐  No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐  No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐  No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify) _____

B. *Diversity Jurisdiction Cases:*
1. ☒ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

**ARBITRATION CERTIFICATION**
*(Check Appropriate Category)*
I, Bernard M. Gross, counsel of record do hereby certify:
☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE: _____   Bernard M. Gross            02571
                       Attorney-at-Law              Attorney I.D.#
NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _____   Bernard M. Gross            02571
                       Attorney-at-Law              Attorney I.D.#

CIV. 609 (5/2012)

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Steve Otto and Marla Otto
118 N. 32nd Avenue, Longport, NJ 08403

**(b)** County of Residence of First Listed Plaintiff **Atlantic City, NJ**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Law Offices Bernard M. Gross, P.C.
100 Penn Square East, Suite 450
Phila., PA 19107 (215) 561-3600

## DEFENDANTS
Erie Insurance Exchange
1400 N. Providence Road, Media, PA 19063

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. § 1332(a)(1)
Brief description of cause:
This action seeks payment of underinsured motorist benefits

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ excess of $150,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD
X BERNARD M. GROSS

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

| | |
|---|---|
| STEVE OTTO and MARLA OTTO, h/w :<br>v. :<br>ERIE INSURANCE EXCHANGE : | CIVIL ACTION<br><br>NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.  ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.  ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.  ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)  ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.  (X)

| Date | BERNARD M. GROSS<br>Attorney-at-law | Attorney for PLAINTIFFS |
|---|---|---|
| 215-561-3600 | 215-561-3000 | peggy@bernardmgross.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVE OTTO and<br>MARLA OTTO, H/W<br>118 N. 32ND Avenue<br>Longport, NJ  08403 | : <br> : <br> : <br> : <br> : | CIVIL ACTION NO: |
| v. | : <br> : | |
| ERIE INSURANCE EXCHANGE<br>1400 N. Providence Road<br>Media, PA 19063 | : <br> : <br> : | 12 PERSON JURY TRIAL<br>DEMANDED |

## COMPLAINT

1. Plaintiffs Steve Otto and his wife Marla Otto are individuals and reside at 118 N. 32nd Avenue, Longport, NJ 08403

2. Defendant Erie Insurance Exchange ("Erie Insurance") is a corporation incorporated in the Commonwealth of Pennsylvania with its principal place of business located at 1400 N. Providence Road, Media, PA 19063. At all times material hereto, Erie Insurance regularly conducted business in the Commonwealth of Pennsylvania and the City of Philadelphia.

3. Jurisdiction is based upon diversity of citizenship pursuant to 28 USC §1332(a)(1); the matter in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and costs; plaintiffs Steve Otto and Marla Otto are citizens of the State of New Jersey; and defendant Erie Insurance is a citizen of the Commonwealth of Pennsylvania.

4. At all times material hereto, plaintiffs Steve Otto and Marla Otto were insured by the defendant insurance company under an insurance policy containing underinsured motorist coverage. A copy of the declarations pages of said policy is attached hereto as Exhibit "A".

5. The aforesaid policy issued by defendant insurance company was in effect on November 12, 2012.

6. On the aforesaid date, at approximately 5:45 p.m., in the 4200 block of Magee Street in Philadelphia, Pennsylvania, a vehicle occupied by plaintiff Steve Otto was involved in a collision with an underinsured motor vehicle.

7. The aforesaid motor vehicle collision was caused by the carelessness, recklessness and negligence of the underinsured motorist and consisted of the following:

       (a)     Operation of the underinsured motorist's motor vehicle at a high and excessive rate of speed under the circumstances;

       (b)     Failure to have the underinsured motorist's motor vehicle under proper and adequate control under the circumstances;

       (c)     Failure to have due regard for the point and position of said motor vehicle containing the plaintiff;

       (d)     Violation of the pertinent statutes and ordinances;

       (f)     Otherwise failing to exercise due care under the circumstances.

    8.     As a result of the aforesaid collision, the plaintiff Steve Otto sustained serious injuries in and about the head, body and extremities including but not limited to bilateral cervical and lumbar radiculopathy, aggravation of preexisting cervical and lumbar degenerative joint and disc disease, including disc herniations at C3-4, C5-6, and C6-7 and disc protrusions at L3-4 and L4-5, cervical and lumbosacral strain and sprain with myofascitis, myofascial syndrome, sacroiliitis, cervicalgia, multiple cuts and bruises, posttraumatic stress disorder, post concussion syndrome, depression, anxiety, and a severe shock to the nerves and nervous system, which injuries are or may be permanent. Plaintiff has suffered and may continue to suffer great physical pain, serious and permanent injury and mental anguish; plaintiff has been and may continue to be prevented from attending to plaintiff's usual activities, duties and occupations and has suffered and may continue to suffer a loss of earnings and earning capacity; and plaintiff has incurred and may continue to incur various medical expenses in and about an effort to cure plaintiff of the aforesaid injuries.

    9.     As a further result of the aforesaid collision, plaintiff Marla Otto has been and will continue to be deprived of the services, society, companionship and consortium of her husband plaintiff Steve Otto, to plaintiff Marla Otto's detriment and loss.

    10.     As a result of the aforesaid motor vehicle collision, the plaintiffs sustained injuries, damages, and losses with a value in excess of the limits of liability for said underinsured motor vehicle, namely $ 50,000 per person/$ 100,000 per collision.

    11     The insurance carrier for the underinsured motorist settled plaintiffs' claims against the underinsured motorist for $ 50,000, the full amount of coverage available. See Exhibit "B" for the declarations pages for the insurance policy covering the underinsured motorist on the date of the collision, and the executed release for the $ 50,000 settlement.

    12.     As a result of the aforesaid motor vehicle collision, plaintiffs' third-party personal claims have a value in excess of the limits of liability insurance for the underinsured motorist.

13. Under the underinsured motorist policy issued by the defendant insurance company, plaintiffs are entitled to recover underinsured motorist benefits from defendant insurance company.

14. An underinsured motorist claim was promptly made to defendant insurance company on behalf of plaintiffs.

15. Plaintiffs has fully complied with the terms of the policy issued to plaintiffs.

16. The plaintiffs and the defendant insurance company have failed to agree on the amount of underinsured motorist benefits that plaintiffs are entitled to recover.

**WHEREFORE**, plaintiff Steve Otto and Marla Otto demand judgment against defendant Erie Insurance Exchange in a sum in excess of One Hundred and Fifty Thousand Dollars ($150,000.00).

LAW OFFICES
BERNARD M. GROSS, P.C.
BY:

_____
BERNARD M. GROSS
Validation Code: BG638
Suite 450, Wanamaker Bldg.
100 Penn Square East
Philadelphia, PA 19107
215-561-3600

**Attorney for Plaintiffs**

3

# EXHIBIT "A"



## Policy Q03-0406794  Declaration effective 04/04/2012

```
                                              ERIE INSURANCE EXCHANGE
                                                   FAMILY AUTO POLICY
               AMENDED DECLARATIONS 02 * * EFFECTIVE 04/04/12
               ATTACH THIS TO YOUR POLICY.
               REASON FOR AMENDMENT      -     MULTIPLE CHANGES
     AA8540   NEALE J. BOYLE INS AGY.   03/04/12 TO 03/04/13   Q03 0406794 A
     MARLA OTTO &
     STEVE OTTO
     228 HENLEY RD
     WYNNEWOOD PA  19096-3136
AGENT - NEALE J. BOYLE INS AGY.         209 HUNTER STREET, STE. 203
AGENT PHONE - (610) 892-0662            MEDIA PA 19063 5700
           ***************************************************
           * CONGRATULATIONS!  A PIONEER EXPERIENCE RATING CREDIT HAS *
           * BEEN APPLIED TO YOUR POLICY PREMIUM.                    *
           ***************************************************
****************************************************************************
*    YOUR COLLISION COVERAGE AND DEDUCTIBLE APPLY TO PRIVATE PASSENGER    *
*    AUTOS YOU OR A RESIDENT RELATIVE RENT FOR 45 DAYS OR LESS.  THIS IS  *
*    SUBJECT TO LIMITS, TERMS AND CONDITIONS IN THE POLICY.               *
****************************************************************************
ITEM 4. AUTOS COVERED
AUTO YR MAKE             VIN                ST TER PHY LIOTCMCL RATINGCLASS DDP
  1  00 HOND ACCORD LX   1HGCG3161YA009813  PA  7Y  E  0812     A1ASM  FM58
  2  03 CHEV MALIBU      1G1ND52J13M715114  PA  7Y  A  0815     A2ALM  MM46
ITEM 5. INSURANCE IS PROVIDED WHERE A PREMIUM, OR INCL, IS SHOWN FOR THE
        COVERAGE.  COVERAGES, LIMITS AND ANNUAL PREMIUMS ARE AS FOLLOWS-
        M EQUALS THOUSAND $                    #1    #2
                                              *****GOOD DRIVER RATES APPLY*****
    --- THE FULL TORT OPTION APPLIES TO ALL PRIVATE PASSENGER VEHICLES. ---
LIABILITY PROTECTION-
    BODILY INJURY $250M/PERSON $500M/ACC      162   190
    PROPERTY DAMAGE $50M/ACC                   96   113
FIRST PARTY BENEFITS-
    MEDICAL EXPENSE $5M                        52    73
    INCOME LOSS $1M/MONTH, $5M MAXIMUM          7    10
    ACCIDENTAL DEATH $5M                        1     2
    FUNERAL BENEFIT $1.5M                       1     1
UNINSURED MOTORISTS COVERAGE-
    BOD INJ $250M/PERSON $500M/ACC-STACKED     98   108
UNDERINSURED MOTORISTS COVERAGE-
    BOD INJ $250M/PERSON $500M/ACC-STACKED    211   231
PHYSICAL DAMAGE COVERAGES-
    COMPREHENSIVE - $250 DED                   28    35
    COLLISION - $500 DED                      108   147
OPTIONAL COVERAGES-
    TRANSP EXPENSES - COMP $25/DAY, $1,125/LOSS  5    5
    TRANSP EXPENSES - COLL $25/DAY, $1,125/LOSS 15   15
TOTAL ANNUAL PREMIUM FOR EACH AUTO            784   930
TOTAL ANNUAL POLICY PREMIUM             $   1,714
ADDITIONAL CHARGE DUE TO THIS CHANGE     $     621
ITEM 6. APPLICABLE POLICY, ENDORSEMENTS, EXCEPTIONS TO DECLARATIONS ITEMS
ALL AUTOS - FAP 03/07, AFPF01 03/07, AFPA03 03/12, UF-6853 07/10*.
AUTO 1 - AFPU01 11/11.
AUTO 2 - AFPU01 11/11*.
***DRIVER INFORMATION AMENDED
***RATING CLASS REVISED
***MULTI-CAR DISCOUNT APPLIED
```

```
***AUTO 2 ADDED
ANTI-THEFT DISCOUNT APPLIES-ALARM AUTO 1
ANTI-THEFT DISCOUNT APPLIES-ALARM AUTO 2
AUTO/HOME MULTI POLICY DISCOUNT APPLIES
PASSIVE RESTRAINT DISCOUNT APPLIES - DUAL AIRBAGS AUTO 1
PASSIVE RESTRAINT DISCOUNT APPLIES - DUAL AIRBAGS AUTO 2
ANTI-LOCK BRAKE DISCOUNT APPLIED  AUTO 2
PAY PLAN DISCOUNT APPLIES
DISCOUNTS AVAILABLE - SEE ENCLOSED FORM UF-6853
************************************************************
  * FIRST ACCIDENT FORGIVENESS APPLIES.  THE FIRST SURCHARGE FOR A  *
  * FUTURE AT-FAULT ACCIDENT WILL BE WAIVED.                        *
************************************************************
EXPLANATION OF ADULT &/OR YOUTHFUL DRIVER RATING CLASS
AUTO 1-PLEASURE USE, UP TO 8,500 MILES ANNUALLY
      FEMALE, MARRIED, AGE 58
AUTO 2-TO WORK 6-10 MILES ONE WAY, 8,501 OR MORE MILES ANNUALLY
      MALE, MARRIED, AGE 46
MISCELLANEOUS INFORMATION
ITEM 7.  EACH AUTO WE INSURE WILL BE PRINCIPALLY GARAGED AT THE ADDRESS SHOWN
IN ITEM 1, UNLESS ANOTHER ADDRESS IS SHOWN BELOW.
ITEM 9.  UNLESS A CO-OWNER OR LIENHOLDER IS LISTED BELOW, THE NAMED INSURED
IS THE SOLE OWNER OF EACH AUTO WE INSURE.
************************************************************
DRIVER*                    ST
1 MARLA OTTO               PA
2 STEVE OTTO               PA
*IF A DRIVER IS NOT A RESIDENT RELATIVE AS DEFINED IN YOUR POLICY,
COVERAGES, BENEFITS AND RIGHTS MAY BE LIMITED. REFER TO YOUR POLICY AND
ITS ENDORSEMENTS FOR TERMS, DEFINITIONS, LIMITATIONS, REDUCTIONS,
EXCLUSIONS AND CONDITIONS.
DRIVER DISCOUNTS -
AUTO 1 - OVER 55.
Q03 0406794
```

# EXHIBIT "B"

## Nationwide®
*On Your Side*

Prepared on September 30, 2012  Page 1 of 4

## Your Policy Declarations

**Nationwide Auto Policy**
Policy Period: Sep 24, 2012 - Feb 26, 2013
Policy Number: 5837E 111832

Policyholder (Named Insured):
Fazlur Rahman
4106 Magee Ave
Philadelphia, PA
19135-2502

Keep these Declarations for your records.

---

### General Policy Information

**Issued: September 26, 2012**
These Declarations are a part of the policy named above and identified by the policy number above. They supersede any Declarations issued earlier. Your policy provides the coverages and limits shown in the schedule of coverages. They apply to each insured vehicle as indicated. Your policy complies with the motorists' financial responsibility laws of your state only for vehicles for which Property Damage and Bodily Injury Liability coverages are provided.

**Policy Period: September 24, 2012 - February 26, 2013** but only if the required premium for this period has been paid and only for six month renewal periods if renewal premiums have been paid as required. This policy is initially effective at (1) the time the application for insurance is completed, or (2) 12:01 a.m. on the first day of the policy period, whichever is later. Each renewal period begins and ends at 12:01 a.m. standard time at the address of the named insured stated herein. This policy expires at 12:01 a.m. at the address of the named insured stated herein.

Your carrier is Nationwide Affinity Insurance Company Of America, NAIC #25093.

---

### IMPORTANT MESSAGES:

IF THIS DECLARATIONS PAGE SHOWS THAT COLLISION COVERAGE APPLIES TO YOUR AUTO, THERE IS ALSO COLLISION COVERAGE FOR DAMAGE TO A RENTED AUTO. COVERAGE IS SUBJECT TO CONDITIONS AND LIMITATIONS LISTED IN THE POLICY OR ATTACHED ENDORSEMENTS.

---

### Changes Made to Your Policy

- Effective September 24, 2012
- Changed Your Policy To Limited Tort
- Changed Birth Year Of Youngest Driver In Household
- 2001 Lexus Rx 300/L
- Changed Comprehensive

### Premium Summary and Other Charges

| | |
|---|---|
| 2001 Lexus Rx 300/L | $ |
| 1998 Toyota Camry | $ |
| Total For Policy Coverages | $ |
| Total Policy Premium | $ |

### How You Saved on this Policy with Nationwide

- Passive Restraint
- Good Student
- Home & Car
- Safe Driver
- Anti Theft Device
- Affinity
- Accident Free
- Multi Car
- Farm Bureau Member

Thank you for being a long-term customer.

V - 105

Continued on the next page

# Nationwide®
*On Your Side*

For coverage definitions and descriptions,
visit Nationwide.com

Prepared on: September 26, 2012   Page 2 of 4

# Your Policy Declarations

**Nationwide Auto Policy**
Policy Period: Sep 24, 2012 - Feb 26, 2013
Policy Number   5837E 111832

---

### Listed Driver(s)

| Name | Date of Birth | Marital Status |
|---|---|---|
| Fazlur Rahman | | Married |
| Nabidur Rahman | 12/21/90 | Single |

### Excluded Driver(s)

The following driver(s) are excluded from all coverages and all vehicles on the policy:

Razia Rahman

---

### Insured Vehicle(s) and Schedule of Coverages

#### 2001 Lexus Rx 300/L
VIN JTJHF10U510209076

| Coverages | Limits of Liability | Premium |
|---|---|---|
| Comprehensive and $ 1,500 IN Customization | Actual Cash Value Less $ 500 | $ |
| Collision and $ 1,500 IN Customization | Actual Cash Value Less $ 500 | $ |
| Property Damage Liability | $  50,000  Each Occurrence | $ |
| Bodily Injury Liability | $  50,000  Each Person  $ 100,000  Each Occurrence | $ |
| Uninsured Motorists-Bodily Injury | (Non-Stacked) $  50,000  Each Person  $ 100,000  Each Occurrence | $ |
| Underinsured Motorists-Bodily Injury | (Non-Stacked) $  50,000  Each Person  $ 100,000  Each Occurrence | $ |
| Loss Of Use-Rental Days Plus | Endorsement 3573  $  30  Per Day  $  900  Per Accident | $ |
| First Party Benefits | | |
| Option 1-Medical Benefit | $  5,000 | $ |
| Option 4-Funeral Benefit | $  2,500 | $ |
| Limited Tort | | |
| | Total for this Vehicle | $ |

Continued on the next page

**Nationwide®**
On Your Side

Received on: September 26, 2012   Page 5 of 4

## Your Policy Declarations

Nationwide Auto Policy
Policy Period: Sep 24, 2012 - Feb 26, 2013
Policy Number: 5837E 111832

### Insured Vehicle(s) and Schedule of Coverages (continued)

**1998 Toyota Camry**
VIN 4T1BG22K0WU223076

| Coverages | Limits of Liability | Premium |
|---|---|---|
| Property Damage Liability | $ 50,000 Each Occurrence | $ |
| Bodily Injury Liability | $ 50,000 Each Person<br>$ 100,000 Each Occurrence | $ |
| Uninsured Motorists Bodily Injury | (Non-Stacked)<br>$ 50,000 Each Person<br>$ 100,000 Each Occurrence | $ |
| Underinsured Motorists-Bodily Injury | (Non-Stacked)<br>$ 50,000 Each Person<br>$ 100,000 Each Occurrence | $ |
| First Party Benefits | | |
| Option 1-Medical Benefit | $ 5,000 | $ |
| Option 4 Funeral Benefit | $ 2,500 | $ |
| Limited Tort | | |
| | Total for this Vehicle | $   0 |

### Policy Level Schedule of Coverages

| Coverages | Limits of Liability | Premium |
|---|---|---|
| Roadside Assistance | Plus - Covers Disablement<br>Up To 100 Miles/$100 Lockout<br>$ 500 Trip Interruption<br>Endorsement 3436 | $ |
| Accident Forgiveness Feature<br>- Currently Eligible To Use | | |
| | Total for Policy Coverages | $ |

### Policy Form and Endorsements

| | |
|---|---|
| V-0370 | Nationwide Auto Policy |
| V 3283A | Named Excluded Operator (Pennsylvania) |
| V-3436 | Roadside Assistance Coverage |
| V-0453 | Amendatory Endorsement |
| V-3272 | Limited Tort Option Election (Pennsylvania) |
| V-3573 | Loss of Use - Rental Days Plus |

Continued on the next page

**Nationwide®**
*On Your Side*

Prepared on: September 20, 2012   Page 1 of 4

# Your Policy Declarations

Nationwide Auto Policy
Policy Period: Sep 24, 2012 - Feb 26, 2013
Policy Number: 5637E 111832

For Office Use Only:
08/02/12   S

Issued By: Nationwide Affinity Insurance Company Of America
Countersigned At: Harrisburg, PA.

By: Terence M. Gannon

How to Contact Us
Your Nationwide Agent      Gannon Ins Associates Inc 215,331,1200
Customer Service           1.877.669.6877
Internet                   Nationwide.com
24-Hour Claims Reporting   1.800.421.3535
Hearing Impaired (TTY)     1.800.622.2421

## RELEASE OF ALL CLAIMS

CLAIM NUMBER: 58 37 E 111832 11122012 02

FOR AND IN CONSIDERATION OF the payment to me/us the sum of ($50,000) dollars, and other good and valuable consideration, I/we, being of lawful age, have released and discharged, and by these presents do for myself/ourselves, my/our heirs, executors, administrators and assigns, release, acquit and forever discharge Fazlur Rahman, Nabidur Rahman, Nationwide Affinity Assurance Company of America, and any and all other persons, firms and corporations, whether herein named or referred to or not, of and from any and all past, present and future actions, causes of action, claims, demands, damages, costs, loss of services, expenses, compensation, third party actions, suits at law or in equity, including claims or suits for contribution and/or indemnity, of whatever nature, and all consequential damage on account of, or in any way growing out of any and all known and unknown personal injuries, death, and/or property damage resulting or to result from an accident that occurred on or about 11-12-2012 at or near Magee Avenue, Philadelphia, PA 19135.

I/we hereby declare and represent that the injuries sustained may be permanent and progressive and that recovery therefrom is uncertain and indefinite, and in making this release and agreement it is understood and agreed that I/we rely wholly upon my/our own judgment, belief and knowledge of the nature, extent and duration of said injuries, and that I/we have not been influenced to any extent whatever in making this release by any representations or statements regarding said injuries, or regarding any other matters, made by the persons, firms or corporations who are hereby released, or by any person or persons representing him or them, or by any physician or surgeon by him or them employed.

I/we understand that this settlement is the compromise of a doubtful and disputed claim, and that the payment is not to be construed as an admission of liability on the part of the persons, firms and corporations hereby released by whom liability is expressly denied.

It is further understood and agreed that I am responsible for the payment of any lien or charges against the settlement sum, including but not limited to Worker's Compensation liens, liens of the Department of Public Welfare or liens arising out of any other form of public assistance. Should any person or entity make a claim for payment of any liens or charges against the released parties, I hereby agree to indemnify and hold harmless the released parties, from any and all liens, charges, fees, attorney's fees, cost, interest and other sums.

It is agreed that distribution of the above sum shall be made as follows:

This release contains the ENTIRE AGREEMENT between the parties hereto, and the terms of this release are contractual and not a mere recital

I/we further state that I/we have carefully read the foregoing release and know the contents thereof, and I/we sign the same as my/our own free act

WITNESS _____ hand and seal this 3 day of Oct, 20 13.

In the presence of:    CAUTION! READ BEFORE SIGNING

Name _____    Your Signature S.O. Ste Oth _____ (SEAL)

Address _____    Your Signature M.O. Maria Oto _____ (SEAL)

Name _____

Address _____

State of PA, County of Phila.

On this 3 day of October, 20 13. Before me personally appeared _____ to me known to be the person described herein, and who executed the foregoing instrument and he/she acknowledged that he/she voluntarily executed the same.

My term expires _____, 20 __

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SUSAN G. GORDON, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 5, 2017

Notary Public: Susan G Gordon

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such a person to criminal and civil penalties.