IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Steve Otto and Marla Otto, h/w | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Erie Insurance Exchange | : | NO. 13-6722 |

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant, Erie Insurance Exchange, submits the following disclosure:

(1) Erie Insurance Exchange is an unincorporated, reciprocal insurance exchange duly licensed to transact business within the Commonwealth of Pennsylvania as well as those states and commonwealths whose policyholders are within the exchange;

(2) Erie Insurance Exchange has no parent corporation and no publicly held corporation owns 10% or more of its stock.

**WALSH PANCIO, LLC**

BY:  __/s/ Joseph P. Walsh, Esquire__
Joseph P. Walsh, Esquire
I.D. No. 64352
*Attorney for Defendant*
2028 North Broad Street
Lansdale, PA 19446-1004
Telephone: 215-368-8660
Fax: 215-368-7990
Email: joe@walshpancio.com