**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEVE OTTO, et al., : | |
|     Plaintiffs, : | |
| : | CIVIL ACTION |
| v. : | NO. 13-6722 |
| : | |
| ERIE INSURANCE EXCHANGE, : | |
|     Defendant. : | |

**ORDER**

**AND NOW**, this _27th_ day of __March___, 2014, it is **ORDERED** that Defendant's motion to dismiss for forum non conveniens (ECF No. 13) is **DENIED**.

                                                        **s/Anita B. Brody**

                                                _____
                                                ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to: